**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CRIMINAL DIVISION

**COMPLAINT**

DCTN:
Lockup No:
Case No: 2019CRW1307

District of Columbia ss:

**Defendant's Name:** William L Mitchell
(First) (MI) (Last) (PDID) (CCNO)

**Also Known As:** _____
(First) (Middle) (Last)

**Address:** 2258 Adrian Court, Dayton OH

Between May 2018 to December 2018, within the District of Columbia, William L Mitchell wrongfully obtained and used property of a value of $1,000 or more, belonging to AAFES, consisting of U.S. Currency, with the intent to appropriate the property for his own use and to deprive AAFES of a right to and benefit of the property. (**First Degree Theft**, in violation of 22 D.C. Code, Sections 3211, 3212 (a) (2001 ed.))

**Co-Defendants:**

RECEIVED U.S. MARSHAL SOUTHERN DIST. OF OHIO
19 MAR -7 AM 8: 10

FILED DC SUPERIOR COURT SPECIAL PROCEEDINGS
2019 FEB 33 AM 10: 53

_____
Affiant's Name

Subscribed and sworn to before me this __5__ day of _____ **March, 2019**

_____
(Judge) (Deputy Clerk)

**WARRANT**

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for ___**William L Mitchell**___

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued __March 5, 2019__

_____
Judge - Superior Court of the District of Columbia

Title 16: ☐     Rule 105: ☐   Judge: _____

| Sex: Male | DOB: 04/19/1992 | CCN: | PDID: |
|---|---|---|---|
| Papering Officer: Blow Martin | | Badge No.: 1764 | |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: March 5, 2019 |
|---|---|
| AUSA Signature: | Fel. I ☐    AFTC ☐    Fel. II ☐ |

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 2019CRW1367

| DEFENDANT'S NAME: William L. Mitchell | NICKNAME: | ALIASES: | CCN: | PDID / FBI: |
|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 04/19/1992 | HGT: 5'10" | WGT: 176 | EYES: Brown | HAIR: Black | COMPL: | SCARS, MARKS, TATOOS Tattoos on arm |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 2258 Adrian Court, Dayton, Ohio | TELEPHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: AAFES | TELEPHONE NUMBER: On File |
|---|---|
| LOCATION OF OFFENSE: Joint Base Anacostia Bolling, Washington, D.C. | DATE OF OFFENSE: May 2018 – Dec 2018 | TIME OF OFFENSE: |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 01 = Other (Explain)
- 90 = Diabetic
- 60 = Allergies
- 20 = Known to abuse drugs

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

On January 17, 2019, your affiant was informed by the Joint Base Anacostia-Bolling Police Department that defendant William L. Mitchell, DOB 04/19/1992 (hereinafter, "MITCHELL") was believed to have stolen money from the Army and Air Force Exchange Service (AAFES) while he worked there. After further investigation, as detailed below, the total amount taken from AAFES by defendant MITCHELL is approximately $39,000.

Defendant MITCHELL is the spouse of an Air Force member and began working for AAFES on September 27, 2017 in the power tools section of the Joint Base Anacostia-Bolling AAFES store. MITCHELL was promoted to a supervisor on May 5, 2018. In this supervisory role, MITCHELL had elevated access to the AAFES management system, which permitted him to conduct refunds and to alter the dollar amount of items that were being refunded. Additionally, MITCHELL was the manager of a walk-in safe containing cash, and was one of only a few people employed at AAFES who had access to the safe. In December 2018, MITCHELL's AAFES store discovered approximately $1,380 missing from the walk-in safe. An announcement was disseminated to employees (including MITCHELL) that an investigation into the missing money would be conducted. MITCHELL was subsequently observed replacing the money in the walk-in safe. An administrative interview of MITCHELL was conducted on December 20, 2018. During the interview, MITCHELL admitted that he stole $1,380 from the walk-in safe. MITCHELL admitted falsely blaming another employee for the theft in an effort to cover up his involvement. MITCHELL additionally stated that on five additional occasions, he stole a total of $2,510 from the walk-in safe for personal use, then sold personal items to get cash to pay back the stolen money.

MITCHELL resigned from his employment with AAFES on December 20, 2018. After his resignation, AAFES discovered numerous suspicious refunds that MITCHELL had executed during the course of his employment as a supervisor. The

**AFFIANT'S SIGNATURE:** x _(signed)_

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

WILLIAM L. MITCHELL

Charge With: THEFT IN THE FIRST DEGREE (FELONY)

_(signed)_ 3/5/19
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS 5th DAY OF March 20 19

_(signed)_
(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050     Revision Date: 11-29-06     Page 1 of 2

# Superior Court of the District of Columbia
### CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.: 2019CRW1347

| DEFENDANT'S NAME: William L. Mitchell | NICKNAME: | ALIASES: | CCN: | PDID / FBI: |
|---|---|---|---|---|

| SEX: M | RACE: W | DOB: | HGT: 5'10" | WGT: 176 | EYES: Brown | HAIR: Black | COMPL: | SCARS, MARKS, TATOOS: Tattoos on arm |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 2258 Adrian Court, Dayton, Ohio | TELEPHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: AAFES | TELEPHONE NUMBER: On File |
|---|---|

| LOCATION OF OFFENSE: Joint Base Anacostia Bolling, Washington, D.C. | DATE OF OFFENSE: May 2018 – Dec 2018 | TIME OF OFFENSE: |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 01 = Other (Explain)
- 90 = Diabetic
- 60 = Allergies
- 20 = Known to abuse drugs

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

refunds for AAFES merchandise were in an amount significantly higher than the merchandise was sold at by AAFES. For example, if a perfume item sold for $50 at the AAFES store, the refund executed by MITCHELL showed a changed dollar value of the item in the management system to $90, allowing for a larger cash refund. The majority of the refund transactions executed by MITCHELL occurred at register 12. Register 12 was located inside of the walk-in safe, and no customer was allowed back there. AAFES staff could not identify any reason for a refund to be issued within the walk-in safe, where customers are not allowed. Additionally, when executing a refund transaction, the AAFES employee is required to input the identity of the customer into the management system. Customers of AAFES have to be authorized Department of Defense (DoD) beneficiaries. All such beneficiaries are associated to the DoD, either as a sponsor, dependent, employee, etc. All authorized individuals are maintained in a database. The numerous suspicious refunds executed by MITCHELL listed customers who did not appear in the database, and would have been ineligible to purchase items from AAFES; as such, the listed "customers" of these transactions would not have been eligible to receive a refund from AAFES.

A review of AAFES records disclosed that, between May 17, 2018 and December 18, 2018, MITCHELL authorized approximately 122 refund transactions in amounts varying between $20 and $748 per instance. In each instance, the record reflects that MITCHELL authorized the payment of cash as a refund to a listed "customer." None of these transactions were issued to a legitimate, eligible customer of AAFES. The majority of the transactions occurred at register 12, inside the walk-in safe, where no customers are permitted access. The total amount of the 122 refund transactions was $39,426.16.

Your affiant submits that there is probable cause to believe that William L. Mitchell (DOB 04/19/1992) committed first degree felony theft, in violation of the D.C. Code.

AFFIANT'S SIGNATURE: x _[signature]_

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

WILLIAM L. MITCHELL
Charge With: THEFT IN THE FIRST DEGREE (FELONY)

_[signature]_ 3/5/19
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS 5th DAY OF March 20 19

_[signature]_
(JUDGE/DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050    Revision Date: 11-29-06    Page 2 of 2