# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:19MJ00133

    -vs-

Magistrate Judge Sharon L. Ovington

WILLIAM L. MITCHELL,

    Defendant.

## REMOVAL ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant herein was arrested in this District upon a warrant issued in the Superior Court of the District of Columbia in Case No. 2019CRW1307. Defendant appeared in open Court on March 21, 2019, and was advised of his rights. On advice of counsel, Defendant waived proof that he is the person named in the warrant and his right to an Identity Hearing. The Court finds the waiver, knowing, intelligent and voluntary. Defendant requested a preliminary hearing in the Superior Court of the District of Columbia.

**IT IS ORDERED** THAT THE DEFENDANT APPEAR IN THE Superior Court of the District of Columbia where the charges are pending against him, for any other

proceedings, as ordered by that court.

**IT IS FURTHER ORDERED** that bond is continued as set by separate Order Setting Conditions of Defendant's Release.

March 22, 2019

              <u>s/ Sharon L. Ovington</u>
                Sharon L. Ovington
              United States Magistrate Judge